# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00061-CR
NO. 03-14-00067-CR

**William Colvin, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
NOS. D-1-DC-10-200321 & D-1-DC-10-301106
HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In 2011, appellant pled guilty to aggravated assault with a deadly weapon and possession of cocaine. He was sentenced to two concurrent nine-year sentences, pursuant to the terms of his plea bargain with the State. Following his pleas and convictions, the trial court signed certifications stating that the cases were plea-bargain cases and that appellant had no right to appeal. In early 2014, more than two years later, appellant filed notices of appeal complaining of his convictions.

Appellant's notices of appeal are untimely and do not invoke this Court's jurisdiction to hear his complaints. *See* Tex. R. App. P. 26.2(a) (notice of appeal must be filed within thirty days of date sentenced is imposed in open court; deadline is extended to within ninety days if defendant files timely motion for new trial); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A

timely notice of appeal is necessary to invoke a court of appeals' jurisdiction."). Further, the trial court certified that the causes are plea bargains and that appellant has no right of appeal. *See* Tex. R. App. P. 25.2(d) (appeal must be dismissed if trial court's certification shows defendant has no right of appeal).

We therefore dismiss the appeals for want of jurisdiction. *Id.* R. 25.2(d), 42.3(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   April 10, 2014

Do Not Publish

2